**APPLERA CORPORATION,**
Plaintiff–Appellee,

and

Roche Molecular Systems, Inc.,
Plaintiff–Appellee,

v.

**MJ RESEARCH, INC., Michael Finney, and John Finney, Defendants– Appellants.**

Applera Corporation, Plaintiff– Cross Appellant,

and

Roche Molecular Systems, Inc., Plaintiff–Appellee,

v.

**MJ Research, Inc., Michael Finney, and John Finney, Defendants– Appellants.**

No. 2005–1360, 2006–1007, 2006–1008, 2006–1030.

United States Court of Appeals, Federal Circuit.

March 15, 2006.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion of MJ Research, Inc. et al. to vol-

untarily dismiss its appeals from the judgment of the United States District Court for the District of Connecticut in district court case no. 98–CV–1201, and Applera Corporation's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

The motions are granted. All sides shall bear their own costs.